ORDER:
Motion granted for Exhibits at Docket No. 62.

_U.S. Magistrate Judge_

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CHARGES BRIAN FOX and MEGAN FOX,** **Individually and as Parents and Next Friends of** **HAILEY FOX, MATTHEW FOX, REBECCA FOX, and SARAH FOX, individually,** **Plaintiffs** v. **AMAZON.COM, INC.,** **W2M TRADING CORPORATION,** **Defendants.** | **Case No.: 3-16-cv-03013** **District Judge Waverly Crenshaw** **Magistrate Judge Jeffery Frensley** **JURY DEMAND** |

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Plaintiffs hereby move this Court for leave to file under seal the documents referenced in their Motion to Remove "Confidential" Designation from Certain Documents Produced by Defendant Amazon.Com, Inc. (Document No. 59). In support of Plaintiffs' Motion To Remove "Confidential" Designation, Plaintiffs attempted to submit certain documents under seal pursuant to the Stipulated Protective Order (Document No. 55). However, Plaintiffs failed to file a motion for leave to submit those documents under seal. Plaintiffs now move the Court for leave to submit those documents under seal, in order to comply with the Local Rules and to comply with this Court's memorandum on the subject and the Stipulated Protective Order (Document Nos. 54, 55).