**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **CHARLES BRIAN FOX and MEGAN FOX,** ) | |
| **Individually and as Parents and Next Friends of** ) | |
| **HAILEY FOX, MATTHEW FOX, REBECCA** ) | |
| **FOX, and SARAH FOX, individually,** ) | **Case No.: 3-16-cv-03013** |
| ) | **District Judge William L. Campbell, Jr.** |
| **Plaintiffs** ) | **Magistrate Judge Jeffery Frensley** |
| ) | **JURY DEMAND** |
| **v.** ) | |
| ) | |
| **AMAZON.COM, INC.,** ) | |
| **W2M TRADING CORPORATION,** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs hereby move this

Court for partial summary judgment on certain legal issues at the heart of this lawsuit. Plaintiffs

submit that there is no genuine dispute of any material fact as to these questions of law.

Specifically, Plaintiffs submit that the undisputed, material facts and the applicable law

compel the following legal conclusions:

(1) That Amazon is a "seller" under the Tennessee Product Liability Act ("the Act"),

Tenn. Code Ann. § 29-28-101 et seq.

(2) That Amazon had a legal duty to warn Plaintiffs about the risk of hoverboard fires and

explosions; and

(3) That the undisputed evidence demonstrates that Amazon failed to act reasonably in

discharging that duty to warn.

Filed in support of this summary judgment motion is a memorandum of law; a statement

of undisputed facts in accordance with Local Rule 56.01(b); the affidavits of Brian Fox, David

McVey, and John Coleman; and cited deposition testimony and documents produced by Defendant Amazon.

Respectfully submitted,

/s/ Steven E. Anderson
Steven E. Anderson, BPR #13143
Sara F. Reynolds, BPR #21469
Anderson & Reynolds PLC
120 30th Ave. North
Nashville, TN 37203
(615) 942-1700
sanderson@andersonreynolds.com
sreynolds@andersonreynolds.com


/s/Mark E. Spear
Mark E. Spear, BPR #11968
Kaylin. L. Hart, BPR #31874
Spear, Spear & Hamby, P.C.
169 Dauphin Street, Suite 200
Mobile, AL 36602
(251) 344-8181
mes@sshlawpc.com
klh@sshlawpc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing that a true and exact copy of the foregoing has been served via the Court's CM/EMF system to all parties registered to receive electronic notice on January 31st, 2018 including:

Lela Hollabaugh
Fritz Spainhour
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Telephone: (615) 252-2348
lhollabaugh@bradley.com
fspainhour@bradley.com

Brendan Murphy
Rachel Elizabeth Constantino-Wallace
PERKINSCOIE
1201 Third Avenue
Suite 4900
Seattle, WA 98101
(206)359-6179
bmurphy@perkinscoie.com
rconstantinowallace@perkinscoie.com

*Attorneys for Defendant Amazon.com, Inc.*


And by certified mail, return receipt requested to:

W2M Trading Corporation
c/o Kevin Ma
1643 West 4th Street, Apt. #2R
Brooklyn, N.Y. 11223



/s/ Steven E. Anderson