IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CHARLES BRIAN FOX, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | NO. 3:16-cv-03013 |
| AMAZON.COM, INC., et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

Pending before the Court are the numerous motions filed by the parties regarding the sealing of documents in this case (Doc. Nos. 107, 112, 122, 125, 133, 138, 145, 148, 153). Defendant Amazon has now filed a Notice (Doc. No. 159) stating it does not contest unsealing all documents filed in connection with the pending motions for summary judgment.

As Defendant Amazon has not stated a basis for sealing the documents filed in connection with the pending motions for summary judgment, the Court concludes those documents should be unsealed. Accordingly, the pending motions to seal (Doc. Nos. 107, 112, 122, 133, 138, 145, 148, 153) are **DENIED.** Plaintiffs' Motion To Unseal Entire Record Or Alternatively All Documents, Testimony, And Exhibits In Support Of Dispositive Motions (Doc. No. 125) is **GRANTED** as follows: the documents filed in connection with the pending summary judgment motions (Doc. Nos. 119, 136) are unsealed. To the extent there are other portions of the record Plaintiffs seek to unseal, they should file a motion addressing those documents.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE