IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES BRIAN FOX and MEGAN FOX, )<br>Individually and as Parents and )<br>Next Friends of HAILEY FOX, MATTHEW )<br>FOX, REBECCA FOX, and SARAH )<br>FOX, individually, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMAZON.COM, INC., and )<br>W2M TRADING CORPORATION, )<br>)<br>Defendants. ) | Case No. 3:16-cv-03013 |

# **JOINT MOTION TO AMEND**

COME NOW the parties pursuant to Fed.R.Civ.Pr. 52(b) and move the Court to amend its Order entered in this matter on May 30, 2018 (Doc. 162) by entering the proposed Fed.R.Civ.Pr. 54(b) Order submitted herewith. The purpose of this motion is to request the Court specify that the Court's May 30, 2018 ruling only applied to the claims presented against Defendant Amazon.com, Inc. Plaintiffs' have obtained an entry of default against W2M Trading, Inc. However, a default judgment has not been entered and, given that any judgment is likely uncollectable, Plaintiffs reserve the right to present evidence in support of a default judgment in the event that an appeal of this Order is successful.

|  |  |
|---|---|
|  | Respectfully submitted, |
| *PERMISSION GIVEN BY:* | */s/ Steven E. Anderson*<br>Steven E. Anderson, BPR #13143<br>Sara F. Reynolds, BPR #21469<br>Anderson & Reynolds PLC<br>120 30th Ave. North<br>Nashville, TN 37203<br>(615) 942-1700<br>sanderson@andersonreynolds.com<br>sreynolds@andersonreynolds.com |

                                            /s/ Mark E Spear
Mark E. Spear, BPR #11968
Kaylin. L. Hart, BPR #31874
Spear, Spear & Hamby, P.C.
169 Dauphin Street, Suite 200
Mobile, AL 36602
(251) 344-8181
mes@sshlawpc.com
klh@sshlawpc.com

***Attorneys for Plaintiffs***

PERMISSION GIVEN BY:     /s/ Lela Hollabaugh
Lela Hollabaugh, Esquire
William Goodman, Esquire
Fritz Spainhour, Esquire
Bradley, Arant, Boult, Cummings, LLP
1600 Division Street, Suite 700
Nashville, TN 37203
(615) 252-2348
lhollabaugh@bradley.com
wgoodman@bradley.com
fspainhour@bradley.com

***Attorneys for Defendant, Amazon.com, Inc.***